**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 15, 2019.**



_Craig A. Gargotta_
_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:                                                                                           Chapter 13
Adam E. Vance
Debtor(s)                                                                       Case No. 18-52452 G

### ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

A hearing having been held pursuant to 11 U.S.C. §1324, no timely objection to confirmation having been filed, the Trustee having recommended confirmation;

**IT IS ORDERED THAT:**

1.  The Plan as filed on January 18, 2019 is confirmed, except as to the following modifications:

    Attorney will receive $200.00 per month on the balance of attorney's fees paid through the Plan.

2.  The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

3.  Allowance of Attorney Fees: VANHEMELRIJCK LAW OFFICES PC has requested fees of $3,600.00 of which $141.00 was paid to Counsel prior to filing the petition. The balance of $3,459.00 shall be paid by the Trustee pursuant to the Plan.

###

Prepared By:
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460  fax:(210) 824-1328